372 A.2d 835

Commonwealth v. Geary, Appellant.

Submitted June 14, 1976. Michael J. Minney and Samuel M. Mecum, for appellant; Joseph C. Madenspacher, Assistant District Attorney, and D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

372 A.2d 836

Commonwealth v. Glover, Appellant.

Submitted September 13, 1976. Stuart Glovin and John W. Packel, Assistant Defenders, for appellant; David Fabe Michelman and Deborah E. Glass, Assistant District Attorneys, for Commonwealth, appellee.

Judgment of sentence affirmed.